| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEVADA |
| Case number *(if known)* _____   Chapter __11__ |
| ☐ Check if this an amended filing |

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **BREITMEYER FABRICATIONS, INC.** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  SUPERIOR HYDRAULICS & FABRICATION** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **30-1258155** |
| 4. | Debtor's address | **Principal place of business**<br>**1615 MARIETTA WAY**<br>**RENO, NV 89510**<br>Number, Street, City, State & ZIP Code<br><br>**Washoe**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **BREITMEYER FABRICATIONS, INC.**                                    Case number (*if known*)
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   **3329**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

Debtor **BREITMEYER FABRICATIONS, INC.**                                                    Case number (*if known*)
       Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 3

Debtor   **BREITMEYER FABRICATIONS, INC.**                                                     Case number (*if known*)
         Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **BREITMEYER FABRICATIONS, INC.**                                    Case number (*if known*)
          Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 28, 2024**
             MM / DD / YYYY

X **/s/ MARTIN W. BREITMEYER III**                      **MARTIN W. BREITMEYER III**
  Signature of authorized representative of debtor       Printed name

Title  **PRESIDENT**

**18. Signature of attorney**

X **/s/ KEVIN A DARBY**                                  Date **March 28, 2024**
  Signature of attorney for debtor                            MM / DD / YYYY

**KEVIN A DARBY 7670**
Printed name

**DARBY LAW PRACTICE**
Firm name

**499 W. PLUMB LANE, SUITE 202**
**Reno, NV 89509**
Number, Street, City, State & ZIP Code

Contact phone  **775.322.1237**           Email address  **kevin@darbylawpractice.com**

**7670 NV**
Bar number and State

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 5

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **BREITMEYER FABRICATIONS, INC.** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEVADA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| APCO EQUIPMENT 3432 NORTH 5TH STREET NORTH LAS VEGAS, NV 89032 | | JUDGMENT FOR TRADE DEBT | | | | $5,902.62 |
| CARSON VALLEY OIL PO BOX 643 CARSON CITY, NV 89702 | | TRADE DEBT | | | | $5,935.94 |
| CASHMAN EQUIPMENT CO. 3300 ST ROSE PARKWAY HENDERSON, NV 89052 | | TRADE DEBT | | | | $15,621.93 |
| CHASE AUTO PO BOX 182055 COLUMBUS, OH 43218-2055 | | 2018 VOLVO XC90 | | $40,851.40 | $20,000.00 | $20,851.40 |
| CLOUDFUND LLC 400 RELLA BLVD SUITE 165-101 Suffern, NY 10901 | | DEPOSITS AND RECEIVABLES | | $44,970.00 | $0.00 | $44,970.00 |
| DRAKULICH INSURANCE AGENCY | | INSURANCE PREMIUMS | Unliquidated Disputed | | | $5,916.06 |

Debtor **BREITMEYER FABRICATIONS, INC.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **EBF HOLDINGS, LLC DBA EVEREST FUNDING C/O LARSON A. WELSH, ESQ. 199 NORTH ARROYO GRANDE BLVD., SUITE 200 HENDERSON, NV 89074** | | **JUDGMENT FOR BUSINESS LOAN** | | | | $44,376.59 |
| **EVEREST BUSINESS FUNDING 5 WEST 37TH STREET SUITE 1100 NEW YORK, NY 10018** | | **DEPOSITS AND RECEIVABLES** | | $65,250.00 | $0.00 | $65,250.00 |
| **FORA FINANCIAL 1385 BROADWAY 15TH FLOOR NEW YORK, NY 10018** | | **ACCOUNTS RECEIVABLE** | **Unliquidated Disputed** | $82,061.00 | $0.00 | $82,061.00 |
| **HYDRAULIC INDUSTRIAL 5248 US HWY 50 EAST CARSON CITY, NV 89701** | | **TRADE DEBT** | | | | $3,828.80 |
| **INTERNAL REVENUE SERVICE P.O. Box 21126 DPN 781 PHILADELPHIA, PA 19114** | | **941 PAYROLL TAXES** | | | | $36,770.48 |
| **NEVADA DEPARTMENT OF EMPLOYMENT TRAINING 500 E. THIRD STREET CARSON CITY, NV 89713** | | **EMPLOYMENT TAXES** | | | | $4,686.61 |
| **NEVADA STATE BANK ATTN: HEIDI PARUS 1 SOUTH MAIN ST., SUITE 1400 SALT LAKE CITY, UT 84133-1109** | | **ALL EQUIPMENT, FURNITURE AND FIXTURES** | **Unliquidated Disputed** | $700,000.00 | $0.00 | $700,000.00 |

Debtor **BREITMEYER FABRICATIONS, INC.**　　　　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **PRECISION FLUID POWER** | | **TRADE DEBT** | | | | $4,252.00 |
| **RENO HYDRAULIC & REBUILD INC.** **50 E. GLENDALE** **SPARKS, NV 89432** | | **TRADE DEBT** | **Unliquidated Disputed Subject to Setoff** | | | $10,521.53 |
| **SCOT INDUSTRIES, INC.** **PO BOX 910018** **DALLAS, TX 75391** | | **TRADE DEBT** | | | | $10,683.41 |
| **SHAFER EQUIPMENT COMPANY** **955 GREG STREET** **SPARKS, NV 89431** | | **TRADE DEBT** | | | | $4,298.04 |
| **STATE OF NEVADA DEPARTMENT OF TAXATION** **3850 ARROWHEAD DRIVE** **2ND FLOOR** **CARSON CITY, NV 89706** | | **SALES AND USE TAXES** | | | | $14,215.81 |
| **TEAM TUBE LLC** | | **TRADE DEBT** | | | | $7,769.28 |
| **WOODBURN AND WEDGE** **PO BOX 2311** **RENO, NV 89505** | | **LEGAL FEES** | **Unliquidated Disputed** | | | $20,765.00 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nevada

In re  **BREITMEYER FABRICATIONS, INC.**                                        Case No.
                                      Debtor(s)                                                Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **9,500.00** |
   | Prior to the filing of this statement I have received | $ **9,500.00** |
   | Balance Due | $ **0.00** |

2. $ **1,738.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **March 28, 2024** | **/s/ KEVIN A DARBY** |
| *Date* | **KEVIN A DARBY 7670** |
| | *Signature of Attorney* |
| | **DARBY LAW PRACTICE** |
| | **499 W. PLUMB LANE, SUITE 202** |
| | **Reno, NV 89509** |
| | **775.322.1237  Fax: 775.996.7290** |
| | **kevin@darbylawpractice.com** |
| | *Name of law firm* |

# United States Bankruptcy Court
**District of Nevada**

In re **BREITMEYER FABRICATIONS, INC.**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **MARTIN BREITMEYER III**<br>**1615 MARIETTA WAY**<br>**RENO, NV 89510** | **COMMON** | **100%** | **STOCK** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **PRESIDENT** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **March 28, 2024**

Signature **/s/ MARTIN W. BREITMEYER III**
**MARTIN W. BREITMEYER III**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Nevada

In re   **BREITMEYER FABRICATIONS, INC.**                                   Case No.
                            Debtor(s)                                         Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the PRESIDENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **March 28, 2024**                  **/s/ MARTIN W. BREITMEYER III**
                                             **MARTIN W. BREITMEYER III**/**PRESIDENT**
                                             Signer/Title

BREITMEYER FABRICATIONS, INC.
1615 MARIETTA WAY
RENO, NV 89510

KEVIN A DARBY
DARBY LAW PRACTICE
499 W. PLUMB LANE, SUITE 202
Reno, NV 89509

A&T UVERSE


AMERICAN RECOVERY SERVICE INC
555 ST. CHARLES DRIVE, SUITE 100
THOUSAND OAKS, CA 91360

APCO EQUIPMENT
3432 NORTH 5TH STREET
NORTH LAS VEGAS, NV 89032

APPLIED INDUSTRIAL TECHNOLOGIES
Acct No 0001531936
PO BOX 100538
PASADENA, CA 91189-0538

ARAMARK
P.O. BOX 340910
SACRAMENTO, CA 95834

ASSOCIATED PENSION CONSULTANTS
PO BOX 1282
CHICO, CA 95927

BAILEY SALES CORP


BROWN & JOSEPH, LLC
ONE PIERCE PLACE, SUITE 700
ISTACA, IL 60143

CAPITAL GROUP
Acct No BRK98254
PO BOX 659350
SAN ANTONIO, TX 78265-9530

CARSON VALLEY OIL
Acct No 2115
PO BOX 643
CARSON CITY, NV 89702

CARSON VALLEY OIL
Acct No 3896
PO BOX 643
CARSON CITY, NV 89702

```
CASHMAN EQUIPMENT CO.
Acct No xx8523
3300 ST ROSE PARKWAY
HENDERSON, NV 89052

CCC OF NEW YORK
Acct No 108655
34 SEYMORE ST
TONAWANDA, NY 14150

CHASE AUTO
Acct No 4500
PO BOX 182055
COLUMBUS, OH 43218-2055

CLOUDFUND LLC
400 RELLA BLVD
SUITE 165-101
Suffern, NY 10901

COLUMBIA PACIFIC


CRAIN & WEINER
Acct No 21470203
12005 FORD RD., SUITE 300
DALLAS, TX 75234

CREDITORS ADJUSTMENT BUREAU
Acct No 7191
4340 SULTON AVE
THIRD FLOOR
SHERMAN OAKS, CA 91413

CUTTING IMAGE LLC


DCC


DRAKULICH INSURANCE AGENCY


EBF HOLDINGS, LLC
DBA EVEREST FUNDING
C/O LARSON A. WELSH, ESQ.
199 NORTH ARROYO GRANDE BLVD., SUITE 200
HENDERSON, NV 89074

EVEREST BUSINESS FUNDING
5 WEST 37TH STREET
SUITE 1100
NEW YORK, NY 10018
```

```
FLEET PRIDE/DALLAS
Acct No 276060
PO BOX 847118
DALLAS, TX 75284-7118

FORA FINANCIAL
1385 BROADWAY 15TH FLOOR
NEW YORK, NY 10018

GRAINGER
P.O. BOX 419267
Kansas City, MO 64141

HARRIS WELDING SUPPLY


HERCULESE SEALING PRODUCTS


HYDRAULEX


HYDRAULIC INDUSTRIAL
5248 US HWY 50 EAST
CARSON CITY, NV 89701

INTERNAL REVENUE SERVICE
P.O. Box 21126
DPN 781
PHILADELPHIA, PA 19114

LEGACY FIRE SERVICES
600 SOUTH ROCK BLVD
SPARKS, NV 89431

MARK A. KIRKORSKY, ESQ.
Acct No xx8523
1119 W. SOUTHERN AVE.
2ND FLOOR
MESA, AZ 85210

MARKEL INSURANCE
PO BOX 650028
DALLAS, TX 75265-0028

MERCHANT BONDING COMPANY
Acct No xxxxx0628
PO BOX 850180
MINNEAPOLIS, MN 55485-0180

MICHAEL C. CRISOSTOMO, ESQ.
HOLLAND AND HART
5441 KIETZKE LN. #200
RENO, NV 89511
```

MOTION FLOW CONTROL PRODUCTS, INC.

MOTION INDUSTRIES
PO BOX 1477
BIRMINGHAM, AL 35201

NEVADA BUILDERS ALLIANCE

NEVADA DEPARTMENT OF EMPLOYMENT TRAINING
500 E. THIRD STREET
CARSON CITY, NV 89713

NEVADA STATE BANK
ATTN: HEIDI PARUS
1 SOUTH MAIN ST., SUITE 1400
SALT LAKE CITY, UT 84133-1109

PRECISION FLUID POWER

PROMINENCE HEALTH PLANS
Acct No ARID0013511
PO BOX 883396
LOS ANGELES, CA 90088-3396

RENO HYDRAULIC & REBUILD INC.
50 E. GLENDALE
SPARKS, NV 89432

SCOT INDUSTRIES, INC.
PO BOX 910018
DALLAS, TX 75391

SHAFER EQUIPMENT COMPANY
955 GREG STREET
SPARKS, NV 89431

STATE OF NEVADA DEPARTMENT OF TAXATION
Acct No xxxxxx2632
3850 ARROWHEAD DRIVE
2ND FLOOR
CARSON CITY, NV 89706

TEAM TUBE LLC

THOMPKINS INDUSTRIES, INC.

TRANSPORTATION PUBLISHING

```
UNISOURCE

WASHOE COUNTY TREASURER
Acct No 2145025
P.O. BOX 30039
RENO, NV 89520

WASHOE COUNTY TREASURER
Acct No 2145025
1001 E 9TH ST BLDG. D
RENO, NV 89512

WASTE MANAGEMENT
1000 VASSAR STREET
RENO, NV 89502

WOODBURN AND WEDGE
PO BOX 2311
RENO, NV 89505

ZIONS BANCORPORATION
DBA NEVADA STATE BANK
2200 SOUTH 3270 WEST
SALT LAKE CITY, UT 84119
```

# United States Bankruptcy Court
### District of Nevada

In re  **BREITMEYER FABRICATIONS, INC.**  
Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **BREITMEYER FABRICATIONS, INC.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March 28, 2024**  
Date

/s/ KEVIN A DARBY  
**KEVIN A DARBY 7670**  
Signature of Attorney or Litigant  
Counsel for **BREITMEYER FABRICATIONS, INC.**  
**DARBY LAW PRACTICE**  
**499 W. PLUMB LANE, SUITE 202**  
**Reno, NV 89509**  
**775.322.1237 Fax:775.996.7290**  
**kevin@darbylawpractice.com**